1

2

3                    UNITED STATES OF AMERICA
            WESTERN DISTRICT OF WASHINGTON
4                          AT SEATTLE

5   ANDRE JONES, et al,

6            Plaintiff,                          Case No. C03-3195P

7   v.

8   RABANCO LTD., et al,                         MINUTE ORDER

9            Defendants.

10

11          The following minute order is made by the direction of the court, the Honorable Marsha J.

12   Pechman:

13          The discovery conference scheduled for September 13, 2005 is rescheduled to October

14   4, 2005 at 4:00 p.m.

15

16          Filed and entered this 9th day of September, 2005.

17

18

19                                    BRUCE RIFKIN, Clerk

20                                    By   Eileen Scollard

21                                         Deputy Clerk

22

23

24

25

26

MINUTE ORDER