UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDRE JONES, et al.,

               Plaintiff(s),

v.

RABANCO, Ltd., et al.,

               Defendant(s).

No. C03-3195P

ORDER DEFERRING SUMMARY JUDGMENT RULING AS TO THE CLAIMS OF PLAINTIFF CHRIS HUTCHINS

      This matter comes before the Court on Defendants' Motion for Partial Summary Judgment on the Claims of Christopher J. Hutchins based on his bankruptcy filing (Dkt. No. 310). Having considered Defendants' Motion, Plaintiffs' opposition, and all pertinent papers and documents associated with this motion, and the parties' responses to this Court's Order to Show Cause (Dkt. No. 463), the Court determines that the issues presented in this motion shall be TAKEN UNDER ADVISEMENT and the motion shall be re-noted no later than June 23, 2006.

      The Court grants the Bankruptcy Trustee in this matter thirty (30) days from the date of this Order to make a filing with this Court to inform the Court of the Trustee's intentions regarding Mr. Hutchins' claims in this matter. Upon receipt of the Trustee's statement, the Court will decide how to dispose of Defendants' summary judgment motion. In the event that the Bankruptcy Trustee assigned to this matter files a statement earlier than June 23, 2006, Defendants may move this Court to re-note this motion for an earlier date.

      The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

Dated: May 22, 2006

Marsha J. Pechman
United States District Judge

ORDER - 1